# UNITED STATES DISTRICT COURT FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **YONY LIRIANO,** <br> c/o Kim Brooks-Rodney, Esq. <br> Cohen & Cohen, P.C. <br> 1220 19th Street, NW, Suite 500 <br> Washington, DC 20036 <br><br> **Plaintiff**, <br><br> v. <br><br> **UBER TECHNOLOGIES, INC.,** <br> c/o Catherine A. Hanrahan, Esq. <br> and Dov M. Szego, Esq. <br> Wilson Elser Moskowitz <br>   Edelman & Dicker LLP <br> 8444 Westpark Drive – Suite 510 <br> McLean, VA 22102-5102 <br><br> **RAISER, LLC,** <br> c/o Catherine A. Hanrahan, Esq. <br> and Dov M. Szego, Esq. <br> Wilson Elser Moskowitz <br>   Edelman & Dicker LLP <br> 8444 Westpark Drive – Suite 510 <br> McLean, VA 22102-5102 <br><br> **AHMAD FARZAD TAHERI** <br><br> **Defendants.** | *<br>*<br>*<br>*<br>*<br>*<br><br>**Case No. 21-2836** |

\*          \*          \*          \*          \*          \*          \*

## NOTICE OF REMOVAL

COMES NOW Defendant, Ahmad Farzad Taheri, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, hereby removes to this Court the instant action, now pending in the Superior Court for the District of Columbia

to the United States District Court for the District of Columbia. In support of his Notice of Removal, Defendant states as follows:

## I.     The Complaint and the Parties

1. On or around September 29, 2021, Plaintiff filed a Complaint in the Superior Court for the District of Columbia, captioned *Liriano, Yony vs. Uber Technologies, Inc., et al.*, Case No.: 2021 CA 003482 V. *See* COMPLAINT, attached hereto as **Exhibit A.** The Complaint alleges that on or about November 17, 2018, Plaintiff, Yony Liriano, was injured in Washington, D.C., when he was a passenger in a vehicle being operated by Defendant Taheri. *See* COMPLAINT, **Ex. A**, ¶ 7-13.

2. Plaintiff has also sued Co-Defendants Uber Technologies, Inc., Raiser LLC. *See* COMPLAINT, **Ex. A.**

3. Plaintiff, Yony Liriano, is a citizen of the State of New Jersey. *See* COMPLAINT, **Ex. A, ¶ 1.**

4. Defendant, Ahmad Taheri, is a citizen of the State of Virginia. *See* AFFIDAVIT OF SERVICE, attached hereto as **Exhibit B**.

5. Defendant Uber Technologies, Inc., is corporation with its principal place of business in San Francisco, California. *See* COMPLAINT, **Ex. A, ¶ 2.**

6. Defendant Raiser, LLC is a California limited liability company. *See* COMPLAINT, **Ex. A, ¶ 2.**

7. The Complaint expressly seeks damages in excess of seventy-five thousand dollars ($75,000). *See* COMPLAINT, **Ex. A,** Prayer for Relief.

## II.     Removal Based on Diversity Jurisdiction

8.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that it is a civil action between citizens of different states where the amount in controversy exceeds $75,000.

9.      There is complete diversity of citizenship between Plaintiff and the Defendants.

10.     The amount in controversy exceeds $75,000.

## III.    Removal Procedures

11.     Removal is proper pursuant to 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

12.     The Superior Court for the District of Columbia is located within this District, and there is only one division of this Court. *See* 28 U.S.C. § 88.

13.     Defendant Taheri was first served with a copy of the Complaint on October 6, 2021; accordingly removal is timely pursuant to 28 U.S. § 1446(b). *See* AFFIDAVIT OF SERVICE, **Ex. B**.

14.     Undersigned counsel has consulted with record counsel for the Co-Defendants who have been served in this matter, Uber Technologies, Inc. and Raiser LLC, and has been advised that these Co-Defendants consent to removal.

15. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant Taheri shall file a true and correct copy of this Notice with the Clerk of the Superior Court for the District of Columbia.

16. Concurrent with filing this Notice of Removal, the same is being served upon the other parties.

17. All documents filed in the Superior Court for the District of Columbia action are attached hereto as **EXHIBITS A – G**.

Respectfully Submitted,

/s/ *Jennifer H. Fitzgerald*

_____
Jennifer H. Fitzgerald (Bar No.: 1034726)
The Law Offices of Frank F. Daily, P.A.
11350 McCormick Road
Executive Plaza III, Suite 704
Hunt Valley, MD 21031
(410) 584-9443; Fax: (410) 584-9619
jfitzgerald@frankdailylaw.com
*Attorney for Defendant,*
*Ahmad Farzad Taheri*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 26th day of October, 2021, a copy of the foregoing Notice of Removal was e-filed via CM/ECF and e-mailed to:

Kim Brooks-Rodney, Esquire
Cohen & Cohen, P.C.
1220 19th Street, NW, Suite 500
Washington, DC 20036
*Counsel for Plaintiff*

Catherine A. Hanrahan, Esquire
Dov M. Szego, Esquire
Wilson Elser Moskowitz
  Edelman & Dicker LLP
8444 Westpark Drive – Suite 510
McLean, VA 22102-5102
*Counsel for Defendants, Uber Technologies, Inc. and Raiser, LLC,*

/s/ *Jennifer H. Fitzgerald*
_____
Jennifer H. Fitzgerald