UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YONY LIRIANO,
    Plaintiff,

v.

UBER TECHNOLOGIES, INC., *et al.*,
    Defendants.

Civil Action No. 21-2836 (CKK)

## ORDER
(November 17, 2022)

In light of the parties' [27] Joint Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 17th day of November, 2022, hereby

**ORDERED**, that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge